IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH O OGUEJIOFOR, | No. C -13-02446 EDL |
| Plaintiff, | **ORDER** |
| v. | |
| SERRAMONTE FORD, | |
| Defendant. | |

Plaintiff may wish to seek assistance from the Legal Help Center, a free service of the Volunteer Legal Services Program, by calling (415)782-8982 or signing up for an appointment on the 15th Floor of the Courthouse, Room 2796.  At the Legal Help Center, Plaintiff may speak with an attorney who may be able to provide basic legal help, but not legal representation.  The Court also urges Plaintiff to obtain a copy of the Pro Se Handbook, available free of charge from the Court's website (www.cand.uscourts.gov) or in the Clerk's Office on the 16th Floor, 450 Golden Gate Avenue, San Francisco, CA.

**IT IS SO ORDERED.**

Dated: January 8, 2014

ELIZABETH D. LAPORTE
United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

JOSEPH O OGUEJIOFOR,

        Plaintiff,

  v.

SERRAMONTE FORD et al,

        Defendant.

Case Number: CV13-02446 EDL

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 8, 2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Joseph O. Oguejiofor
P.O. Box 4457
Foster City, CA 94404

Dated: January 8, 2014

                              Richard W. Wieking, Clerk
                              By: Lisa R Clark, Deputy Clerk